AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>26-8079MB | Date and time warrant executed:<br>03/17/2026 1:00PM | Copy of warrant and inventory left with:<br>NA |

Inventory made in the presence of :

IRS James Leitch

Inventory of the property taken and name of any person(s) seized:

A-1 Blue Samsung cellular telephone with no protective case
A-2 black I-phone with two cameras on the back with no protective case
A-3 a black I-phone with one camera on the back with pink protective
case
A-4 a blue motorola cellular telephone with no protective case

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/23/26

_____
Executing officer's signature

SA Jessica Earl
_____
Printed name and title